UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-23299-CIV-DIMITROULEAS

WINDY LUCIUS,

    Plaintiff,

v.

AJS CREATIONS, LLC d/b/a
Grown Brilliance,

    Defendant.
_____/

### ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint on August 29, 2023. *See* [DE 1]. Defendant was served on September 1, 2023. *See* [DE 6]. As of the date of this Order, Defendant has not responded to the Complaint.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). In this case, although Defendant failed to timely respond to the Complaint, Plaintiff has not yet moved for Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff, on or before **October 10, 2023**, shall either move for Clerk's Entry of

Default against Defendant or show cause why this case should not be dismissed for a lack of prosecution; and

2. A failure to comply with this Order may result in immediate dismissal of this case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record